# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEOFFREY J. GONICK, | Case No.: 8:23-cv-1730-CJC-ADS |
| Plaintiff, | **ORDER ON STIPULATION TO REMAND CASE TO STATE COURT** |
| vs. | |
| TOYOTA MOTOR SALES U.S.A., INC.; and DOES 1 through 50, inclusive, | Judge: Hon. Cormac J. Carney |
| | Complaint Filed: July 10, 2023 |
| Defendants. | |

    Per the stipulation of Geoffrey J. Gonick and Toyota Motor Sales U.S.A. Inc., the case is ordered remanded to the Superior Court of the State of California for the County of Orange.

IT IS SO ORDERED.

Date: October 27, 2023

                                                United States District Judge
                                                Central District of California